UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:25-mj-1288-NPM

JOSEPH ROCCO GIANCOLA

NOTICE OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Joseph Rocco Giancola, in the above-styled cause.

The Clerk is requested to remove Russell K. Rosenthal, as the notice counsel, and enter the appearance of Yvette C. Gray, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 3rd day of November 2025.

Charles Pritchard, Esq.
Federal Defender
Middle District of Florida

By: /s/ *Yvette C. Gray*
Yvette C. Gray, Esq.
Assistant Federal Defender
Arizona Bar No. 016516
2075 W. First Street, Suite 300
Fort Myers, FL 33901
Telephone No. 239-334-0397
Facsimile No. 239-334-4109
E-Mail: Yvette_Gray@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of November 2025 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will electronically send notice to all counsel of record.

/s/ Yvette C. Gray
Yvette C. Gray, Esq.
Assistant Federal Defender
